# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**SAUL BAUTISTA,**<br><br>*Defendant.* | **CRIMINAL ACTION NO.**<br>**3:24-cr-00012-TES-CHW-1** |

## ORDER GRANTING MOTION TO CONTINUE TRIAL
## IN THE INTERESTS OF JUSTICE

Before the Court is Defendant Saul Bautista's Motion for Continuance [Doc. 24]. On April 9, 2024, the Government obtained an indictment charging Defendant with Conspiracy to Possess with Intent to Distribute Fentanyl,[1] Possession with Intent to Distribute Fentanyl,[2] and Possession of a Firearm in Furtherance of a Drug Trafficking Crime.[3] [Doc. 1]. Defendant entered a plea of not guilty on August 14, 2024. [Doc. 11].

Defendant seeks a continuance to allow his counsel to continue reviewing discovery, as well as continue plea negotiations with the Government. [Doc. 24, pp. 1–2]. So as to avoid a miscarriage of justice, the Court **GRANTS** Defendant's Motion for Continuance [Doc. 24], and **CONTINUES** this case to December 2, 2024. *See* 18 U.S.C. §

---

[1] In violation of 21 U.S.C. § 846 *in connection with* § 541(a)(1) & (b)(1)(C).

[2] In violation of 21 U.S.C. § 846 *in connection with* § 541(a)(1) & (b)(1)(C) and 18 U.S.C. § 2.

[3] In violation of 18 U.S.C. §§ 2; 924(c)(1)(A).

3161(h)(7)(B)(iv).

The ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 17th day of October, 2024.

<u>S/ *Tilman E. Self, III*</u>
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**